MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

J. MARK KANG (NYBN 4033999)
Special Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7050
    Fax: (415) 436-7234
    E-Mail: Mark.Kang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> JAVIER FRANCISCO REYES, <br>    a/k/a Francisco Javier Reyes, <br>    a/k/a Francisco Reyes, <br>    a/k/a Arturo Salgado Hernandez, <br>    a/k/a Aturo Salgado Hernandez, <br>     Defendant. | No. CR 12-0155 EMC <br><br> STIPULATION AND [PROPOSED] ORDER MODIFYING MOTION BRIEFING AND HEARING DATES |

**STIPULATION**

The Court previously set a briefing schedule on defendant's motion wherein, the defendant would his motion to dismiss by July 18, 2012, the government would file its opposition brief by August 1, 2012, the defendant would file his reply August 6, 2012, and the court would hear the motion on August 8, 2012. The parties have stipulated and agreed to the following adjustment to the briefing schedule, subject to the Court's approval:

STIPULATION AND [PROPOSED] ORDER
[CR 12-0155 EMC]

- The government will file its opposition brief by August 8, 2012.
- The defendant will file its reply brief by August 22, 2012.
- The parties appear before the Court on August 29, 2012 or some date thereafter convenient to the Court.

The undersigned government counsel has requested this additional time in order to properly address the factual and legal assertions made in the defendant's motion and will not be in the office for a portion of the previously allotted time to oppose. Therefore the parties are in agreement that this additional time is necessary to allow for the government to complete its brief.

SO STIPULATED

Dated: July 25, 2012

        MELINDA HAAG
        United States Attorney

        /s/
        J. MARK KANG
        Special Assistant United States Attorney

Dated: July 25, 2012

        /s/
        SHAWN HALBERT
        Attorney for Defendant

STIPULATION AND [PROPOSED] ORDER
[CR 12-0155 EMC]

**ORDER**

For the reasons stated above, the Court modifies the motion briefing and hearing date as follows: The government shall file its opposition brief by August 8, 2012, the defense shall file any reply by August 22, 2012. The Court will hear the motion on August 29, 2012 at 2:30 p.m. [or_____ ___, 2012].

SO ORDERED.

DATED: 7/26/12



_____
M. CHEN
United States

STIPULATION AND [PROPOSED] ORDER
[CR 12-0155 EMC]                    2