GEOFFREY A. HANSEN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Javier Francisco Reyes

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,             )   No. CR 12-00155 EMC
                                       )
            Plaintiff,                 )   STIPULATION AND [PR~~OPOSED~~]
                                       )   ORDER MODIFYING MOTION
       v.                              )   BRIEFING AND HEARING DATES
                                       )   AND EXCLUDING ADDITIONAL
JAVIER FRANCISCO REYES,                )   TIME FROM AUGUST 29, 2012 TO
                                       )   SEPTEMBER 26, 2012
            Defendant.                 )
                                       )
                                       )

**STIPULATION**

The Court previously set a briefing schedule on defendant's motion with a hearing date of August 29, 2012. For reasons relating to continuity of counsel and effective preparation of counsel, undersigned defense counsel requests that the hearing date be continued to September 26, 2012 with the reply brief due September 19, 2012 (undersigned counsel was originally going to request a three-week continuance but has an evidentiary hearing scheduled before Judge Alsup on September 19, 2012). The government has no objection to this request.

Time until August 29, 2012 has previously been excluded by court order. The parties also

STIP. & ORDER
No. CR 12-00155 EMC               - 1 -

agree that the time between August 29, 2012 and September 26, 2012 (or some date thereafter convenient to the Court) should be excluded under the Speedy Trial Act; the continuance is necessary for effective preparation of counsel and continuity of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED.

Dated:   8/20/12

MELINDA HAAG
United States Attorney

         /s/
J. MARK KANG
Special Assistant United States Attorney

Dated:   8/20/12                                /s/
SHAWN HALBERT
Attorney for Defendant

STIP. & ORDER
No. CR 12-00155 EMC          - 2 -

# [~~PRO~~POSED] ORDER

For the reasons stated above, the Court modifies the motion briefing and hearing date as follows: Defendant shall file his reply motion by September 19, 2012 and the Court will hear the motion on September 26, 2012 at 2:30 p.m. [~~or_____, 2012~~].

IT IS FURTHER ORDERED that the time between August 29, 2012 and September 26, 2012 should be excluded under the Speedy Trial Act; the continuance is necessary for effective preparation of counsel and continuity of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

DATED: August 20, 2012

_____
THE HONORABLE EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*