```
1  GEOFFREY HANSEN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant Javier Francisco Reyes
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 12-00155 EMC |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [P~~ROPOSED~~] ORDER CONTINUING HEARING DATE TO OCTOBER 3, 2012 AND |
| v. | ) ) | EXCLUDING ADDITIONAL TIME FROM SEPTEMBER 26, 2012 TO |
| JAVIER FRANCISCO REYES, | ) ) | OCTOBER 3, 2012 |
| Defendant. | ) ) ) | |

**STIPULATION**

For reasons relating to the availability of defendant's consulting expert, the details of which defense counsel has communicated to government counsel, the defense requests that the filing of the reply brief be continued from September 19, 2012 to September 26, 2012 and that the hearing date be continued to September 26, 2012 to October 3, 2012. The government has no objection to this request.

The parties also agree that the time between September 26, 2012 and October 3, 2012 should be excluded under the Speedy Trial Act; the continuance is necessary for effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served by granting

STIP. & ORDER
No. CR 12-00155 EMC                                     - 1 -

such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED.

Dated: 9/19/12

MELINDA HAAG
United States Attorney

/s/

J. MARK KANG
Special Assistant United States Attorney

Dated: 9/19/12

/s/

SHAWN HALBERT
Attorney for Defendant

STIP. & ORDER
No. CR 12-00155 EMC   - 2 -

| | |
|---|---|
| 1 | **ORDER** |
| 2 | For the reasons stated above, the Court orders that defendant may file his reply motion by |
| 3 | September 26, 2012 and the Court will hear the motion on October 3, 2012 at 2:30 p.m. |
| 4 | [or ~~_____ ___, 2012~~]. |
| 5 | IT IS FURTHER ORDERED that the time between September 26, 2012 and October 3, 2012 |
| 6 | should be excluded under the Speedy Trial Act; the continuance is necessary for effective |
| 7 | preparation of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served |
| 8 | by granting such a continuance outweigh the best interests of the public and the defendant in a |
| 9 | speedy trial. 18 U.S.C. § 3161(h)(7)(A). |

SO ORDERED.

DATED: 9/20/12

_____
THE HONORABLE
United States District

*IT IS SO ORDERED*
*Judge Edward M. Chen*